UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael D. Ladson, ) | Civil Action No. 5:16-cv-01514-DCN-KDW |
| Plaintiff, ) | |
| vs. ) | ORDER |
| Carolyn W. Colvin, Acting Commissioner ) of Social Security Administration, ) | |
| Defendant. ) | |

On May 9, 2016, Plaintiff, appearing pro se, filed this action appealing the denial of social security benefits. Defendant filed an Answer and copy of the administrative record on December 1, 2016. ECF Nos. 29, 30. Plaintiff's brief in support of his appeal[1] was due by January 6, 2017. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 29. Plaintiff has not filed his brief, nor has he otherwise communicated with the court regarding this deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **February 3, 2017**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

January 19, 2017
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

---

[1] In its July 25, 2016 Order, the court listed the items this pro se Plaintiff should include in his brief. ECF No. 3. The Clerk of Court is instructed to include a copy of ECF No. 3 with this Order.